UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | Case No. **CR123-032** |
| | ) | |
| v. | ) | **COUNT ONE** |
| | ) | DUI on a Military Reservation |
| KARLEE LEIBEL, | ) | 18 U.S.C. §§ 7 & 13 |
| | ) | O.C.G.A. § 40-6-391(a)(1) |
| Defendant. | ) | |
| | ) | **COUNT TWO** |
| | ) | DUI on a Military Reservation |
| | ) | 18 U.S.C. §§ 7 & 13 |
| | ) | O.C.G.A. § 40-6-391(a)(5) |
| | ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT ONE**
*DUI on a Military Installation*
18 U.S.C. §§ 7 & 13
O.C.G.A. § 40-6-391(a)(1)

On or about the 7th day of February, 2023, in the Southern District of Georgia, the defendant,

KARLEE LEIBEL,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, was unlawfully driving a moving vehicle while under the influence of alcohol to the extent that it was less safe for her to drive, from alcohol consumed before such driving ended, a misdemeanor in violation of Title

18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT TWO
*DUI on a Military Installation*
18 U.S.C. §§ 7 & 13
O.C.G.A. § 40-6-391(a)(5)

On or about the 7th day of February, 2023, in the Southern District of Georgia, the defendant,

KARLEE LEIBEL,

at a place within the special maritime and territorial jurisdiction of the United States, namely, the Fort Gordon Military Reservation, on land acquired for the use of the United States and under its jurisdiction, was unlawfully driving a moving vehicle while her alcohol concentration was in excess of 0.08 grams, this concentration being present at a time within three hours after such driving ended, from alcohol consumed before such driving ended, a misdemeanor in violation of Title 18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

JILL E. STEINBERG
UNITED STATES ATTORNEY

s/ *Lamorne Blissett*
Lamorne Blissett
Special Assistant United States Attorney
District of Columbia Bar # 1686791
Florida Bar # 1017071
Office of the Staff Judge Advocate
Fort Gordon, GA  30905-5904
(706) 706-1254